Kimberly-Claire E. Seymour, OSB 201588
Assistant Federal Public Defender
859 Willamette Street, Suite 200
Eugene, Oregon 97401
(541) 465-6937 Telephone
(541) 465-6975 Facsimile
Kimberly_Seymour@fd.org

Attorney for Defendant
*Abogada Defensora*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

***EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS***

***PARA EL DISTRITO DE OREGÓN***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JAVIER OSORIO-ALTAMIRA,<br><br>Defendant | 6:26-cr-00114-MC<br><br>PETITION TO ENTER PLEA OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER ENTERING PLEA |
| *ESTADOS UNIDOS DE AMÉRICA,*<br><br>*Parte acusadora,*<br><br>*vs.*<br><br>*JAVIER OSORIO-ALTAMIRA,*<br><br>*Acusado.* | *6:26-cr-00114-MC*<br><br>*SOLICITUD DE DECLARACIÓN DE CULPABILIDAD, CERTIFICADO DE LA ABOGADA DEFENSORA Y DICTAMEN JUDICIAL* |

The defendant represents to the Court:

*El acusado manifiesta al juez:*

1. My name is Javier Osorio-Altamira. I am 49 years old. The last grade I completed was fifth grade.

*1. Mi nombre es Javier Osorio-Altamira. Tengo 49 años. El último grado que completé fue quinto grado.*

2. My attorney is Assistant Federal Public Defender Kimberly-Claire E. Seymour.

*2. Mi abogada es la defensora pública federal auxiliar Kimberly-Claire E. Seymour.*

3. My attorney and I have discussed my case fully. I have received a copy of the Indictment. I have read the Indictment, or it has been read to me, and I have discussed it with my attorney. My attorney has counseled and advised me concerning the nature of each charge, any lesser-included offense(s), and the possible defenses that I might have in this case. I have been advised and understand that the elements of **Count 1** [8 U.S.C. § 1326 (Illegally Reentering the United States Following Deportation)] are as follows:

First, the defendant was removed or deported from the United States;

Second, thereafter, defendant voluntarily entered the United States;

Third, after entering the United States, the defendant knew that he was in the United States and knowingly remained;

Fourth, the defendant was found in the United States without having obtained permission from the Attorney General or Secretary of the Department of Homeland Security to reapply for admission into the United States;

Fifth, the defendant was an alien at the time of the defendant's entry into the United States; and,

Sixth, the defendant was free from official restraint at the time that he entered the United States.

I have had a full and adequate opportunity to disclose to my attorney all facts known to me that relate to my case. I understand that the Court may ask whether I am satisfied with the advice I have received from my attorney.

*3. Hablé ampliamente de mi causa con mi abogada. Recibí una copia de la Acusación formal. Leí la Acusación formal, o me la leyeron, y la comenté con mi abogada. Mi abogada me aconsejó y asesoró sobre la índole de cada uno de los cargos, cualquier delito menos grave incluido y las defensas que podría tener en esta causa. Me avisaron y entiendo que los elementos del* ***Cargo 1*** *[Artículo 8 del*

*Código Federal § 1326 (Regreso ilegal a los Estados Unidos después de una deportación)] son los siguientes:*

*Primero, al acusado lo expulsaron o deportaron de los Estados Unidos;*

*Segundo, posteriormente, el acusado entró voluntariamente a los Estados Unidos;*

*Tercero, después de regresar a los Estados Unidos, el acusado sabía que estaba en los Estados Unidos y se quedó a sabiendas;*

*Cuarto, al acusado lo encontraron en los Estados Unidos sin que hubiese primero obtenido permiso de la Procuraduría General ni de la Secretaría del Departamento de Seguridad Nacional para volver a solicitar su admisión a los Estados Unidos;*

*Quinto, el acusado era un extranjero cuando entró a los Estados Unidos; y,*

*Sexto, el acusado no se encontraba bajo ninguna limitación oficial cuando entró a los Estados Unidos.*

*Tuve oportunidad completa y adecuada de decirle a mi abogada todo lo que sé respecto a los hechos relacionados con mi causa. Entiendo que el juez podría preguntarme si estoy satisfecho con el asesoramiento que he recibido de mi abogada.*

4. I know that if I plead **guilty**, I will have to answer any questions that the judge asks me about the offense(s) to which I am pleading guilty. I also know that if I answer falsely, under oath, and in the presence of my attorney, my answers could be used against me in a prosecution for perjury or false statement.

*4. Sé que si me declaro **culpable** tendré que contestar las preguntas que el juez me haga sobre el delito o los delitos de los que me declaro culpable. También sé que, si contesto falsamente, bajo juramento, y en presencia de mi abogada, podrían usar esas respuestas en mi contra en una acusación de perjurio o testimonio falso.*

5. I am not under the influence of alcohol or drugs. I am not suffering from any injury, illness or disability affecting my thinking or my ability. I have not taken any drugs or medications within the past seven days that would negatively affect my ability to think clearly.

*5. No estoy bajo los efectos del alcohol ni de drogas. No padezco ninguna lesión, enfermedad ni discapacidad que afecte mi capacidad de pensar o razonar. No he consumido drogas ni medicamentos en los últimos siete días que pudieran afectar de manera negativa mi capacidad de pensar con claridad.*

6. I understand that conviction of a crime can result in consequences in addition to imprisonment. Such consequences include deportation, or removal from

the United States, or denial of naturalization, if I am not a United States citizen; loss of eligibility to receive federal benefits; loss of certain civil rights (which may be temporary or permanent depending on applicable state or federal law), such as the right to vote, to hold public office, and to possess a firearm; and loss of the privilege to engage in certain occupations licensed by the state or federal government.

*6. Entiendo que una condena por un delito puede tener consecuencias adicionales al encarcelamiento. Tales consecuencias incluyen la deportación o expulsión de los Estados Unidos, o la desaprobación de la naturalización, si no soy ciudadano estadounidense; la pérdida del derecho de recibir subsidios federales; la pérdida (temporaria o permanente, según la ley estatal o federal aplicable) de ciertos derechos civiles, tales como el derecho a votar, a ocupar un cargo público y a portar armas de fuego; y la pérdida del privilegio de participar en ciertas ocupaciones que requieren licencia del gobierno estatal o federal.*

7. I know that I may plead **not guilty** to any crime charged against me and that I may persist in that plea if it has already been made. I know that if I plead **not guilty** the Constitution guarantees me:

*7. Sé que puedo declararme **no culpable** de cualquier delito imputado en mi contra y que puedo persistir con esa declaración si ya se ha hecho. Sé que si me declaro **no culpable** la Constitución me garantiza:*

a. The right to a speedy and public trial by jury, during which I will be presumed to be innocent unless and until I am proven guilty by the government beyond a reasonable doubt and by the unanimous vote of twelve jurors;

*a. El derecho a un juicio público, sin demora y por un jurado de doce personas, durante el cual yo sería presuntamente inocente excepto y hasta que el gobierno compruebe mi culpabilidad más allá de una duda razonable y con el voto unánime de los doce miembros del jurado;*

b. The right to have the assistance of an attorney at all stages of the proceedings;

*b. El derecho a que un abogado me ayude durante todas las etapas del proceso;*

c. The right to use the power and process of the court to compel the production of evidence, including the attendance of witnesses in my favor;

*c. El derecho a utilizar los poderes y procedimientos judiciales para exigir la presentación de pruebas, incluyendo la presencia de testigos a mi favor;*

d. The right to see, hear, confront, and cross-examine all witnesses called to testify against me;

*d. El derecho a ver, oír, carearme con y contrainterrogar a todos los testigos convocados a testificar en mi contra;*

e. The right to decide for myself whether to take the witness stand and testify, and if I decide not to take the witness stand, I understand that no inference of guilt may be drawn from this decision; and

*e. El derecho a decidir por mí mismo si testifico o no, y si decido no testificar, entiendo que no puede hacerse ninguna inferencia de culpabilidad por esta decisión, y*

f. The right not to be compelled to incriminate myself.

*f. El derecho a que no me obliguen a autoincriminarme.*

8. I know that if I plead **guilty** there will be no trial before either a judge or a jury, and that I will not be able to appeal from the judge's denial of any pretrial motions I may have filed concerning matters or issues not related to the court's jurisdiction.

*8. Sé que si me declaro* ***culpable*** *no habrá juicio ante un juez ni ante un jurado, y que no podré apelar la denegación del juez de cualquier petición que yo podría haber tramitado antes del juicio, con respecto a temas o asuntos no relacionados con la jurisdicción del tribunal.*

9. In this case I am pleading "**guilty**" under Rule 11(a)(1). I am pleading guilty without any agreement, promise, or recommendation from the government. I understand that the judge will consider the recommendations of the prosecutor, the defense attorney, and the presentence report writer concerning sentencing. But the judge is not obliged to follow those recommendations. If the judge imposes a sentence different from what I expect to receive, I do not have a right to withdraw my plea.

*9. En este caso, me declaro* ***culpable*** *según la Regla 11(a)(1). Me declaro culpable sin ningún convenio, promesa ni recomendación de la fiscalía. Entiendo que el juez tomará en cuenta las recomendaciones penales del fiscal, de la abogada*

*defensora y del autor del informe precondenatorio, pero no está obligado a cumplir con dichas recomendaciones. Si el juez me impone una pena distinta a la que yo espero recibir, no tengo derecho a retirar mi declaración de culpabilidad.*

10. I know the maximum sentence that can be imposed upon me for the crime(s) to which I am pleading guilty is **10 years' imprisonment**, and a fine of up to **$250,000**. 18 U.S.C. § 3571.

*10. Sé que la pena máxima que pueden imponerme por el delito o los delitos de los que me declaro culpable es* ***10 años de encarcelamiento,*** *y una multa máxima de* ***250.000 dólares****, de acuerdo con el Artículo 18 del Código Federal § 3571.*

11. I know that the judge, in addition to any other penalty, will order a special assessment as provided by law in the amount of **$100** per count of conviction.

*11. Sé que el juez, además de cualquier otro castigo, dictará el pago de una contribución especial de* ***100 dólares****, según lo estipulado por ley, por cada cargo condenatorio.*

12. I know that if I am ordered to pay a fine, and I willfully refuse to pay that fine, I can be returned to court, where the amount of the unpaid balance owed on the fine can be substantially increased by the judge and I can be imprisoned for up to **one** year.

*12. Sé que, si me ordenan pagar una multa y me niego intencionalmente a pagarla, pueden volver a enviarme al tribunal, en donde el juez podría aumentar considerablemente el saldo pendiente de la multa, y podrían encarcelarme durante un plazo máximo de* ***un*** *año.*

13. My attorney has discussed with me the Federal Sentencing Guidelines. I know that the Guidelines are advisory, not mandatory. I also know the sentencing judge, in determining the particular sentence to be imposed, must consider those factors set forth in Title 18, United States Code, Section 3553(a), including but not limited to: the nature and circumstances of the offense, my own history and characteristics, the goals of sentencing (punishment, deterrence, protection and re-habilitation) and the sentencing range established by the advisory Guidelines. If my attorney or any other person has calculated a guideline range for me, I know that this is only a prediction and advisory and that it is the judge who makes the final decision as to what the guideline range is and what sentence will be imposed. I also know that a judge may not impose a sentence greater than the maximum sentence referred to in paragraph ten above.

*13. Mi abogada ha conversado conmigo sobre las Pautas Penales Federales. Sé que las Pautas Penales son aconsejables y no obligatorias. También sé que el juez que impondrá la pena, para determinar la pena en particular que*

*impondrá, debe considerar los factores que dispone el Artículo 18 del Código Federal, § 3553(a), que incluyen, entre otros, la índole y las circunstancias del delito, mi historia y mis características personales, los objetivos de la pena (castigo, disuasión, protección y rehabilitación) y la escala penal establecida por las Pautas Penales. Si mi abogada o cualquier otra persona ha calculado una escala de pautas penales para mí, sé que es únicamente una predicción y una guía, y sé que será el juez quien tome la decisión definitiva sobre la escala de pautas penales y la pena que impondrán. También sé que el juez no puede dictarme una pena más prolongada que la pena máxima que se señala en el párrafo diez, más arriba.*

14. I know from discussion with my attorney that, under the Federal Sentencing Guidelines, if I am sentenced to prison I am not entitled to parole. I will have to serve the full sentence imposed except for any credit for good behavior that I earn. I can earn credit for good behavior in prison at a rate of up to 54 days for each year of imprisonment served. Credit for good behavior does not apply to a sentence of one year or less.

*14. Por las conversaciones con mi abogada, sé que, según las Pautas Penales Federales, si me dictan una pena de prisión, no tengo derecho a libertad anticipada ("parole", en inglés). Tendré que cumplir toda la pena impuesta, excepto el crédito que obtenga por buena conducta. Puedo obtener crédito por buena*

*conducta en la prisión a razón de 54 días por cada año de prisión que cumpla. El crédito por buena conducta no se aplica en penas de un año o menos.*

15. I know that if I am sentenced to prison, the judge may impose a term of supervised release to follow the prison sentence. During my supervised release term I will be supervised by a probation officer according to terms and conditions set by the judge. In my case, the maximum term of supervised release is **3 years**. 18 U.S.C. § 3559(a); *id.* § 3583(b). If I violate the conditions of supervised release, I may be sent back to prison for up to **2 years**. *See* 18 U.S.C. § 3583(e)(3).

*15. Sé que, si me dictan una pena de prisión, el juez podrá imponer un período de libertad vigilada posterior a la pena de prisión. Durante dicho período de libertad vigilada, me supervisará un agente de libertad condicional de acuerdo con los plazos y condiciones que fije el juez. En mi caso, el plazo máximo de libertad vigilada es **3 años.** Artículo 18 del Código Federal § 3559(a); ídem § 3583(b). Si no cumplo con las condiciones de la libertad vigilada, podrán enviarme nuevamente a la prisión durante un máximo de **2 años.*** Ver *Artículo 18 del Código Federal § 3583(e)(3).*

16. I know that in addition to or in lieu of any other penalty, the judge can order restitution payments to any victim of any offense to which I plead guilty. I am also informed that, for certain crimes of violence and crimes involving fraud or

deceit, it is mandatory that the judge impose restitution in the full amount of any financial loss or harm caused by an offense. If imposed, the victim can use the order of restitution to obtain a civil judgment lien. A restitution order can be enforced by the United States for up to twenty years from the date of my release from imprisonment, or, if I am not imprisoned, twenty years from the date of the entry of judgment. If I willfully refuse to pay restitution as ordered, a judge may resentence me to any sentence that could originally have been imposed.

*16. Sé que además o en lugar de cualquier otro castigo, el juez puede ordenar que pague restitución a cualquier víctima de cualquier delito del que me declaro culpable. También me informaron que, por ciertos delitos de violencia y delitos que incluyen fraude o engaño, el juez tiene la obligación de imponer la restitución del monto completo de todo daño o pérdida económica causada por un delito. Si imponen una restitución, la víctima puede usar la orden de restitución para obtener un fallo civil de embargo. El gobierno federal puede ejecutar una orden de restitución durante un plazo de veinte años a partir de la fecha de mi liberación, o bien, si no me encarcelan, durante un plazo de veinte años a partir de la fecha efectiva del fallo judicial. Si me niego intencionalmente a pagar la restitución ordenada, el juez podría volver a imponer cualquier pena que podría haber sido impuesta inicialmente.*

17. On any fine or restitution in an amount of $2,500 or more, I know that I will be required to pay interest unless that fine or restitution is paid within fifteen days from the date of the entry of judgment.

*17. Sé que tendré la obligación de pagar intereses sobre cualquier multa o restitución de 2500 dólares o más, excepto que dicha multa o restitución se pague dentro de un plazo de quince días a partir de la fecha efectiva del fallo judicial.*

18. If I am on probation, parole, supervised release, or post-prison supervision in any other state or federal case, I know that by pleading guilty in this court my probation, parole or supervised release may be revoked and I may be required to serve time in that case, which may be consecutive, that is, in addition to any sentence imposed on me in this court.

*18. Si estoy en libertad condicional, libertad anticipada ("parole"), libertad vigilada o supervisión posterior al encarcelamiento en cualquier otra causa estatal o federal, sé que, por declararme culpable en este tribunal, mi libertad condicional, libertad anticipada o libertad vigilada podría revocarse y podría quedar encarcelado en dicha causa, durante un plazo que podría ser consecutivo, es decir, adicional a cualquier pena que me impongan en este tribunal.*

19. If I have another case pending in any state or federal court, I know that my plea of guilty in this case does not, in the absence of an express and written

agreement, apply to my other case(s), and that I can be faced with consecutive sentences of imprisonment.

*19. Si tengo alguna otra causa pendiente en algún tribunal estatal o federal, sé que mi declaración de culpabilidad en esta causa no se aplica a mi(s) otra(s) causa(s) sin un convenio expreso y por escrito, y sé que podría exponerme a penas consecutivas de encarcelamiento.*

20. My plea of guilty is not based on any oral or written agreement with the United States government. No officer or agent of any branch of government (federal, state, or local) or anyone else has promised or suggested that I will receive a lesser term of imprisonment, or probation, or any other form of leniency if I plead guilty.

*20. Mi declaración de culpabilidad no se hace sobre la base de ningún convenio oral ni escrito con la Fiscalía Federal. Ningún funcionario ni agente de ninguna rama del gobierno (federal, estatal o local) ni ninguna otra persona me ha prometido ni sugerido que recibiría un plazo menor de encarcelamiento, ni libertad condicional, ni ninguna otra forma de clemencia si me declaro culpable.*

21. My plea of **guilty** is not the result of force, threat, or intimidation.

*21. Mi declaración de* ***culpabilidad*** *no es resultado de la fuerza, ni de amenazas, ni de intimidación.*

22. I hereby request that the judge accept my plea of **guilty** to the following count(s): **Count 1.**

*22. Por la presente solicito al juez que acepte mi declaración de* ***culpabilidad*** *por el siguiente cargo (o cargos):* ***Cargo 1.***

23. I know that the judge must be satisfied that a crime occurred and that I committed that crime before my plea of **guilty** can be accepted. With respect to the charge(s) to which I am pleading guilty, I represent that I did the following acts and that the following facts are true:

**Count 1:**

I am a citizen of Mexico. I was removed from the United States on June 4, 2016. On January 22, 2026, law enforcement encountered me in Marion County, Oregon. When I was found, I had not received the express consent of the Attorney General or his/her successor, the Secretary of Homeland Security, to reapply for admission or to return to the United States. I voluntarily entered the United States as an alien after the date of my removal and knew that I was in the United States. I was free from official restraint at the time that I entered the United States.

*23. Sé que el juez debe quedar conforme de que ocurrió un delito, y de que yo cometí dicho delito, antes de que puedan aceptar mi declaración de* ***culpable.***

*Con respecto al cargo o a los cargos de los que me declaro culpable, manifiesto que cometí los siguientes actos y que los siguientes hechos son verídicos:*

***Cargo 1:***

*Soy ciudadano de México. Me expulsaron de los Estados Unidos el 4 de junio de 2016. El 22 de enero de 2026, las fuerzas policiales me encontraron en el Condado de Marion, Oregon. Cuando me encontraron, no había recibido el consentimiento expreso de la Procuraduría General ni de su sucesora, la Secretaría de Seguridad Nacional, para volver a solicitar la admisión ni para regresar a los Estados Unidos. Ingresé voluntariamente a los Estados Unidos como extranjero después de la fecha de mi expulsión y sabía que estaba en los Estados Unidos. No me encontraba bajo ninguna limitación oficial cuando entré a los Estados Unidos.*

24. I offer my plea of **guilty** freely and voluntarily and of my own accord and with a full understanding of the allegations set forth in the Indictment, and with a full understanding of the statements set forth in this Petition and in the Certificate of my attorney that is attached to this Petition.

*24. Ofrezco mi declaración de **culpable** libre y voluntariamente y por mí mismo, y entiendo por completo las presunciones que figuran en la Acusación*

*formal, y entiendo por completo las afirmaciones que figuran en esta Solicitud y en el Certificado de mi abogada, que se adjunta a esta Solicitud.*

**Signed** by me in the presence of my attorney, after reading (or having had read to me) all of the foregoing pages and paragraphs of this Petition on 6 3 2026.

***Firmado*** *por mí en presencia de mi abogada, después de haber leído (o de que me hayan leído) todos los párrafos y páginas anteriores de esta Solicitud el día* 6 3 2026.

Javier Osorio-Altamira
Defendant/*Acusado*

## Certificate of Counsel
## *Certificado de la abogada defensora*

The undersigned, as attorney for defendant, Javier Osorio-Altamira, hereby certifies:

*Quien suscribe, abogada defensora de Javier Osorio-Altamira, por la presente certifica que:*

1. I have fully explained to the defendant the allegations contained in the Indictment or Information in this case, any lesser-included offense(s), and the possible defenses which may apply in this case.

*1. Le expliqué por completo al acusado las presunciones que figuran en la Acusación formal o Acusación de la Fiscalía en esta causa, cualquier delito menos grave incluido y las defensas que podrían aplicarse en esta causa.*

2. I have personally examined the attached Petition to Enter Plea of Guilty and Order Entering Plea, explained all its provisions to the defendant, and discussed fully with the defendant all matters described and referred to in the Petition.

*2. Examiné personalmente la Solicitud de declaración de culpabilidad y el Dictamen judicial que se adjuntan; le expliqué al acusado todas sus cláusulas y conversé por completo con él sobre todos los asuntos que se describen y mencionan en la Solicitud.*

3. I have explained to the defendant the maximum penalty and other consequences of entering a plea of guilty described in paragraphs six through twenty of the Petition, and I have also explained to the defendant the applicable Federal Sentencing Guidelines.

*3. Le expliqué al acusado la pena máxima y otras consecuencias de declararse culpable que se describen en los párrafos seis al veinte de la Solicitud, y también le expliqué al acusado las Pautas Penales Federales relevantes.*

4. I recommend that the Court accept the defendant's plea of **guilty**.

*4. Recomiendo que el juez acepte la declaración de **culpable** del acusado.*

**Signed** by me in the presence of the above-named defendant, and after full discussion with the defendant of the contents of the Petition to Enter Plea of Guilty, on this 6/3/2026.

***Firmado** por mí en presencia del acusado arriba mencionado, después de haber hablado por completo con él sobre el contenido de la Solicitud de declaración de culpabilidad el* 6/3/2026.

s/ *Kimberly-Claire E. Seymour*
Kimberly-Claire E. Seymour
Attorney for Defendant/*Abogada Defensora*

**Order Entering Plea**
***Dictamen judicial***

I find that the defendant's plea of **guilty** has been made freely and voluntarily and not out of ignorance, fear, inadvertence, or coercion. I further find the defendant has admitted facts that prove each of the necessary elements of the crime(s) to which the defendant has pled guilty.

*Determino que la declaración de* ***culpable*** *del acusado ha sido libre y voluntaria, y no se hizo con ignorancia, miedo, descuido ni coerción. Asimismo, determino que el acusado ha admitido hechos que comprueban cada uno de los elementos necesarios del delito/de los delitos de los que se declaró culpable.*

IT IS THEREFORE ORDERED that the defendant's plea of **guilty** be accepted and entered as requested in this Petition and as recommended in the Certificate of defendant's attorney.

*POR LO TANTO, SE ORDENA que la declaración de* ***culpable*** *del acusado quede aceptada y asentada según se pide en esta Solicitud y según se recomienda en el Certificado de la abogada defensora.*

DATED this 6/3/2026, in open court.

*CON FECHA de este* 6/3/2026*, en audiencia pública.*

Honorable Amy E. Potter
United States Magistrate Judge
*Honorable Amy E. Potter*
*Juez de Magistrada de los Estados Unidos*

**AFFRIMING ORDER**
*ORDEN AFIRMATIVO*

Based on the above, I hereby affirm and adopt the Order accepting and entering Defendant's guilty plea.

*Sobre la base de lo que figura más arriba, por la presente ratifico y adopto la Orden que acepta y asienta la declaración de culpabilidad del acusado.*

DATED this 3rd day of June, 2026.

s/ Michael J. McShane
Honorable Michael J. McShane
United States Distirct Judge
*Honorable Michael J. McShane*
*Juez de Distrito de los Estados Unidos*